1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7

8 JAMES ALLEN REPINEC,                    )
                                         )
9               Plaintiff,               )        Case No. 2:14-cv-01067-RFB-GWF
                                         )
10 vs.                                   )        **ORDER**
                                         )
11 TODD FINCHER, *et al.*,               )
                                         )
12              Defendants.              )
                                         )
13 _____  )

14         This matter is before the Court on Plaintiff's Request for Court's Order for Production of

15 Documents From Defendants' Attorneys (#23), filed on December 24, 2014.  Defendants Todd

16 Fincher, James Robinson, and Joanne Stratton filed an Opposition (#24) on January 7, 2015.

17 Defendants Chris Brewer and John Cessford filed a Joinder (#25) to the Opposition on January 7,

18 2015.

19         Plaintiff, a *pro se* litigant, requests that the Court order the Defendants to comply with the

20 Plaintiff's discovery requests.  The Defendants did not respond to what they note was an untimely

21 request for production.  Before Plaintiff filed his motion to compel, he did not confer with the

22 Defendants to see if the parties could resolve this issue without the Court's involvement.  Local

23 Rule 26-7(b) provides:

24         Discovery motions will not be considered unless a statement of the
          movant is attached thereto certifying that, after personal consultation
25        and sincere effort to do so, the parties have been unable to resolve the
          matter without Court action.

26

27         The Defendants are correct to note that the Plaintiff, though *pro se*, must follow the same

28 rules as other parties.  However, a *pro se* litigant must be given leeway by the Court to compensate

for the difficulties of proceeding without counsel.  The Plaintiff's discovery requests appear to be relevant to the case, and are not unduly over-broad.  The requests were submitted before the discovery deadline.  Therefore, the Court will deny Plaintiff's motion, but allow Plaintiff the opportunity to re-raise the motion if a conference with the Defendants cannot resolve the issue. The Plaintiff should meet and confer with the Defendants, whether telephonically or through some other form of communication, and attempt to resolve this issue.  Allowing the Plaintiff to obtain reasonable discovery will not cause undue prejudice to either party, nor will it result in undue delay. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#23) is **denied** without prejudice.  Plaintiff is hereby advised to meet and confer with the Defendants regarding his discovery requests.  If that conference is unsuccessful, the Plaintiff may refile his motion to compel.

DATED this 8th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge